# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3863

_____

United States of America,                *
                                          *
        Plaintiff - Appellee,         *
                                          *
    v.                                    *
                                          *
One Parcel of Property Located at         *    Appeal from the United States
1512 Lark Drive, Rapid City,              *    District Court for the
Pennington County, South Dakota,          *    District of South Dakota.
                                          *
        Defendant                     *    **[UNPUBLISHED]**
                                          *
--------------------                      *
Troy Fairbanks; Pam Fairbanks,            *
                                          *
        Claimants - Appellants,       *

_____

Submitted: August 4, 1999
Filed: August 9, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Troy Fairbanks and his wife, Pam Fairbanks, appeal the district court's[1] grant of summary judgment in favor of the government in this civil forfeiture action. The property was the Fairbanks' residence. The government commenced this proceeding under 21 U.S.C. § 881(a)(7) after Troy Fairbanks pleaded guilty to a drug trafficking conspiracy charge and admitted that at least thirty drug transactions occurred at his home. Pam Fairbanks asserted an innocent owner claim to an interest in the property which the district court rejected because she was not a record owner.

We previously dismissed Pam Fairbanks's appeal for failure to prosecute. Troy Fairbanks argues he should have been deposed before the district court ruled on the government's summary judgment motion. However, Fairbanks submitted two affidavits to the district court and never requested more time in which to develop the summary judgment record. See Fed. R. Civ. P. 56(f). Fairbanks's argument that his attorney labored under a conflict of interest in representing both Troy and Pam Fairbanks was not raised in the district court and is without merit.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1] The HONORABLE RICHARD H. BATTEY, United States District Judge for the District of South Dakota.